1

LAW OFFICES OF BILL LATOUR

2

BILL LATOUR [CSBN: 169758]

3

    1420 E. Cooley Dr., Suite 100
    Colton, California 92324

4

    Telephone: (909) 796-4560

5

    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

6

7

Attorney for Plaintiff

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

STEVE CANNON,               )    No.  EDCV 12 - 1133 AGR

11

                                 )

12

    Plaintiff,              )    ORDER AWARDING EAJA FEES

                                 )

13

    v.                     )

14

                                 )

CAROLYN W. COLVIN,        )

15

Commissioner Of Social Security,   )

16

                               )

    Defendant.               )

17

18

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE

20

THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the

21

terms of the stipulation.

22

    DATE: May 7, 2013     _____

23

                            HON. ALICIA G. ROSENBERG

24

                            UNITED STATES MAGISTRATE JUDGE

25

26

_____

27

    [1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

28