LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEVE CANNON, | No.  EDCV 12 - 1133 AGR |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the terms of the stipulation.

DATE: May 7, 2013       _____
                                      HON. ALICIA G. ROSENBERG
                                      UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).